UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___JOSE Luis Ribeiro_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___DETECTIVE DAVID LEE_____
___MONROE Police Department 104 STAGE___
___ROAD, MONROE, NEW YORK, 10950_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 23 AM 9:56

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☒ No
(check one)

**16 CV 1414**

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name ___JOSE Luis Ribeiro_____
            ID # ___2015-04656_____
            Current Institution ___ORANGE COUNTY JAIL___
            Address ___110 WELLS FARM ROAD, GOSHEN, NEW YORK___
            ___10924___

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name ___DETECTIVE DAVID LEE___   Shield # ___UN-KNOWN___
                  Where Currently Employed ___MONROE Police Department___
                  Address ___104 STAGE ROAD, MONROE, NEW YORK___
                  ___10950___

Defendant No. 2   Name  UNiFORMED OFFICER UN-KNOWN   Shield # UN-KNOWN
                  Where Currently Employed  MONROE Police DEPARTMENT
                  Address  104  STAGE ROAD, MONROE, NEW YORK.

Defendant No. 3   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
_____
_____

B.   Where in the institution did the events giving rise to your claim(s) occur?
_____
_____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
  July 22, 2015   6:30 to 7:00 p.m.
_____

*Rev. 05/2010*                               2

D. Facts: _____

**What happened to you?**
DAVID. LEE A DETECTIVE FOR The MONROE Police DEPARTMENT LOCATED AT 104 STAGE ROAD, MONROE, NEW YORK. 10950.

**Who did what?**
He entered my PARENTS Home. Said he WANTED TO TALK TO me. Walked outside. Then ANother OFFICER HANDCUFFED me. Then I WAS TAKEN TO MONROE VILLAGE JUSTICE COURT, CHARGED with CRIMINAL TRESPASS PL 140.15 BAIL SET AT $1,500.00 Judge STRAUSS.

**Was anyone else involved?**
NO ONE.

**Who else saw what happened?**
My PARENTS ILDA AND JOSE V. Ribeiro.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

NO INJURIES.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓    No ___    Do Not Know _AT The Time_

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ✓    No ___    Do Not Know _AT The Time_

   If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ___    No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___    No ✓

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1.  Which claim(s) in this complaint did you grieve? _____

   _____

   2.  What was the result, if any? _____

   _____

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____
   _____
   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: _Did_
       _NOT KNOW of GRIEVANCE_ _____
       _____
       _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                    4

when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_I've been CONSTATLY haRRassed FRom the MoNRoE Police DepARTMeNT. I FeaR AfteR my Release A Police ReTAiliATioN._

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _$150,000_

_FAlSE ARRest, FAlSE impRisoNmeNT, HARRAssmeNT, PsycologicAl AND emotioNAl DAmAGes._

_____

_____

_____

_____

_____

_____

_____

_____

_____

VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? (Yes _X_ No ___)    _ToRT ClAim._

Rev. 05/2010

5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes __✓__ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No __✓__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12 day of FEBRUARY, 2016.

Signature of Plaintiff  Jose Luis Ribeiro
Inmate Number  2015-046-56
Institution Address  ORANGE COUNTY JAIL
110 WELLS FARM ROAD
Goshen, NEW YORK
10924

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 12 day of FEBRUARY, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

VINCENT J. CZUBAK
Notary Public, State of New York
No. 01CZ6102072
Qualified in Sullivan County
Commission Expires November 24, 2019

Signature of Plaintiff: Jose Luis Ribeiro

*Vincent J. Gulk*

# MONROE VILLAGE JUSTICE COURT

7 Stage Road, Monroe, NY 10950 (845) 782-8721

**Forrest Strauss**
*Village Justice*

**Lawrence H. Lezak**
*Acting Village Justice*

Jose Ribeiro
#2015-04656
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924

December 13, 2015

Re: F.O.I.L. Request Dated 11/23/2015

Dear Mr. Ribeiro:

The Court is in receipt of your above-referenced F.O.I.L. request.

Initially, please be advised that, pursuant to Public Officers Law §86(3) and §92(1), the judiciary is specifically exempt from the NYS Freedom of Information Law. Moreover, the records in your case have been sealed by order of the Court. However, the court's case records are nevertheless generally open for inspection and copying by the defendant, in compliance with the Court's policy and procedure. Generally, a request for information contained in the court's records should be submitted in writing over an original signature and reference a specific case or cases and specific information.

With respect to the information you requested, please be find a Certificate of Disposition enclosed. Due to your currently incarcerated status, the Court has waived the standard $5.00 fee normally charged for same. However, should you require any other documents from your file, you will need to provide a specific list and pay the associated copying fee of $.25 per copy page.

I trust that this satisfactorily responds to your inquiry.

Very truly yours,

Forrest Strauss
Village Justice

# CERTIFICATE OF DISPOSITION

**STATE OF NEW YORK**  **MONROE VILLAGE COURT**
**ORANGE COUNTY**  **CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

    VS.

JOSE L. RIBEIRO; Defendant

CASE NO: 15070162

Date of Birth: 03/11/1970  JC501 no: 67235883H
Date of Arrest: 07/22/2015  NYSID no: 059222910
Adjudication Date: 10/07/2015
Sentence Date:
Disposition Date: 10/7/2015

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 140.15 | PL 140.15 | CRIM TRESPASS 2 | Dismissed | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 14th day of December 2015

*[signature]*
Hon. Lawrence Lezak

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA



RECEIVED
SONY PRO SE OFFICE
2016 FEB 23   AM 9:56



U.S DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK
DANIEL PATRICK MOYNIHAN
U.S COURTHOUSE, 500 PEARL
STREET N.Y.C
10007-1312



ORANGE COUNTY JAIL
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924

JOSE LUIS RIBEIRO
2015-046-56



LEGAL MAIL